UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEAN PATRICK GILMORE,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>    Defendant. | Case No. 09-CV-01491-JPD<br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability benefits under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Upon remand, the administrative law judge will be directed to address/discuss the opinion of Marilyn Holmes. After re-evaluation of the evidence, supplemental vocational expert testimony will be obtained if warranted.

DATED this 30th day of March, 2010.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

Page 1      ORDER FOR REMAND